IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SENRICK WILKERSON, § <br> § <br> Plaintiff § <br> § <br> V. § <br> § <br> STEPHEN LAFUENTE, INDIVIDUAL AND § <br> IN HIS OFFICIAL CAPACITY AS ATTORNEY § <br> § <br> CALVIN D. JOHNSON, INDIVIDUAL AND § <br> IN HIS OFFICIAL CAPACITY AS ATTORNEY § <br> § <br> JON HASLETT, INDIVIDUAL AND § <br> IN HIS OFFICIAL CAPACITY AS ATTORNEY § <br> § <br> DESTNEY RAE AUSTIN, INDIVIDUAL § <br> AND IN HER OFFICIAL CAPACITY AS A § <br> PERSON § <br> § <br> DALLAS POLICE DEPARTMENT, AS A § <br> GOVERNMENT AGENCY EACH OFFICER OR § <br> DETECTIVE HANDLING OF SAID CASE § <br> § <br> IRVING POLICE DEPARTMENT, AS A § <br> GOVERNMENT AGENCY EACH OFFICER OR § <br> DETECTIVE HANDLING OF SAID CASE § <br> § <br> STATE OF TEXAS, STATE GOVERNMENT § <br> § <br> DALLAS COUNTY SHERIFF'S OFFICE, AS A § <br> GOVERNMENT AGENCY EACH OFFICER OR § <br> DETECTIVE HANDLING OF SAID CASE § <br> § <br> DALLAS COUNTY DISTRICT ATTORNEY'S § <br> OFFICE, AS A LOCAL PROSECUTOR AGENCY § <br> FOR THE COUNTY OF DALLAS AND ITS § <br> OFFICERS § <br> § <br> and JOHN DOES 1-10, § |  <br> Case No.: _____ <br><br>  |

|   |   |
|---|---|
| **Defendants.** | § § § |

# PLAINTIFF'S ORIGINAL COMPLAINT

## I. INTRODUCTION

1. Plaintiff Senrick Wilkerson brings this action against the above-named Defendants for violations of his constitutional rights resulting in his Wrongful arrest, illegal charges, false reports, false indictment and illegal prosecution, and conviction. This complaint arises from systemic misconduct by law enforcement officers. attorneys, and agencies of Dallas County, Texas.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) and (4) for claims brought under 42 U.S.C. § 1983.

3. Venue is proper in this district under 28 U.S.C. § 1391(b), as the events giving rise to these claims occurred in Dallas County, Texas.

## III. PARTIES

4. Plaintiff Senrick Wilkerson is a resident of Dallas County and a citizen of the State of Texas. His address is 8585 N Stemmons Freeway, Suite 410-S, Dallas TX 75247.

5. Calvin D. Johnson, Texas Licensed Attorney, BAR # 24032596, 6060 N Central Expy, Dallas TX 75206, in his legal capacity as a defense attorney.

6. Steven Ryan LaFuente, Texas Licensed Attorney, BAR# 24032596, 1920 McKinney

Ave, Suite 700, Dallas TX 75201-2485, in his legal capacity as a defense attorney.

7. Jon A. Haslett, Texas Licensed Attorney, BAR# 00795141, 304 S Record St, Dallas TX 75202, in his legal capacity as a defense attorney.

8. Defendant Destney Rae Austin is a paid government witness and can be served at her resident or the Dallas District Attorney's office address in Dallas County, 133 N Riverfront Blvd, Dallas TX 75207.

9. Defendant Dallas Police Department is a law enforcement agency operating in Dallas County, Texas at 334 S Hall St, Dallas TX 75226.

10. Defendant Dallas County Sheriff's Office is a governmental agency operating in Dallas County, Texas, 133 N Riverfront Blvd, Dallas TX 75207.

11. Defendant Dallas County District Attorney's Office is a governmental agency operating in Dallas County, Texas, 133 N Riverfront Blvd, Dallas TX 75207.

12. Defendants JOHN DOES 1-10 are unknown person's or officials whose identities will be revealed during discovery.

## IV.  FACTUAL BACKGROUND

13. Plaintiff was wrongfully arrested, prosecuted, and convicted because of deliberate indifference, for a conscious disregard for substantial risk of harm to Plaintiff freedom and health, with misconduct and negligence by the named Defendants. Plaintiff asserts he was framed, denied a fair trial. and subjected to cruel and unlawful treatment. Accused of F10-01183 (Sexual Performance by a Child) and

F10-01184 (Sexual Assault on a Child) as companion cases to F08-60213 Compelling Prostitution. He was forced to register as a sex offender and forced to reside in low-income housing in the City of Dallas. The record must show the Plaintiff was never arrested, indicted, booked, tried, or prosecuted for the case numbers F10-1183 or F10-1184 or any crime associated under these two case numbers. All evidence in these two cases never took place,

14. Plaintiff's conviction was obtained through false testimony, failure to disclose exculpatory evidence, and ineffective **legal** representation.

15. Plaintiff has suffered immense damage, including loss of liberty, emotional trauma, and reputational harm. There was an ongoing conspiracy to deprive Plaintiff of his rights and his freedom in violation of his State and Federal Constitutional rights.

16. Plaintiff is being forced to registered with the State of Texas sex control unit as a sex offender and sex predator and forced to live in poverty and being denied good employment opportunity in the state. Plaintiff has been reduced to peonage and rummaging and forced to live like an animal, living in the lowest area of housing in the city.

17. Plaintiff retained Defendant Calvin D. Johnson to represent him in the original criminal case legal proceedings related to a wrongful conviction and related matters. Defendant Johnson conspired with Defendant Dallas District Attorney to illegally convict Plaintiff and sentence him to State Prison alleged and realleged.

18. The Defendant Steven LaFuente charged Plaintiff over $30,000 for representation

but failed to perform the agreed-upon services, including not limited to filing effective motions and communicating with Plaintiff in a timely and professional manner. Defendant Johnson lied and deprived Plaintiff of his Civil Liberties and Rights, and performed ineffective assistance of counsel to Plaintiff.

19. The Defendant Jon Haslett charged the Plaintiff over $6,000 for representation and failed to perform any service which resulted in ineffective assistance of counsel.

20. Defendant failed to investigate or bring to the court's attention material evidence regarding prosecutorial misconduct, including perjured testimony from the State paid witness Destney Austin, a known street walker and prostitute who was paid by prosecutors and released from jail in exchange for her false testimony. The defendants, the Dallas Police and the Dallas District Attorney office, knew that Defendant Destney Austin was lying, and they continued with her testimony to obtain an illegal conviction. Note the data in question Defendant Destney Rae Austin was in Dallas County Jail. Defendant Destney Rae Austin lied in a police report and under oath stating that Plaintiff used a gun to rape her however no gun, or proof of any gun present or used, was brought into evidence.

21. Defendant also failed to address or expose the misconduct of police officers who submitted false evidence and offered perjured statements that contributed to Plaintiff's conviction. Police conspired with Destney Rae Austin to frame and form a mastermind of lied to convict Plaintiff Wilkerson.

22. Due to Defendant's failure to act diligently and uphold professional standards, Plaintiff continues to suffer irreparable harm, including but not limited to being

wrongfully registered as a sex offender and subjected to ongoing public humiliation, restricted housing options, and loss of liberty. The defendants continue to allow defendant Destney Austin to lie under oath and this lie was fabricated and supported by the government to violate the due process rights of the plaintiff. The Government claimed that the Plaintiff had a Gun or weapon that was used to rape or violate defendant Destney Austin. There was no gun produced, and no gun introduced into evidence at trial. The Plaintiff does not own a gun, never owned a gun, and never has ever used a gun. Defendants never produced any gun to the jury.

## V. CAUSES OF ACTION

23. Legal Malpractice

    a. Defendants Johnson, LaFuente, and Haslett owed Plaintiff a duty to provide competent legal representation, which was denied to Plaintiff without Due Process. The Defendants breached that duty by failing to act with reasonable diligence, failing to communicate material facts, and failing to advocate effectively on Plaintiff's behalf.

    b. As a direct result of Defendants' malpractice, Plaintiff has suffered damages including financial losses, emotional distress, and continued restrictions on his freedom and reputation. The community made mockery and threat upon Plaintiff's life and constantly was labeled or called him a rapist and devil.

24. Breach of Contract

    a. The cumulative effect of these failures and deliberate misconduct rendered Plaintiff's trial fundamentally unfair and deprived Plaintiff of the due process

protections guaranteed under the State of Texas and United States Constitution. Plaintiff asserts that, but for Defendant's grossly inadequate representation and the state's reliance on fabricated evidence, the outcome of the proceedings would have been different. Accordingly, Plaintiff brings the following causes of action.

1) Plaintiff and Defendant entered into a contract for legal representation.

2) The Defendant breached the contract by failure to deliver the services promised and failing to meet professional obligations under the Agreement.

3) The Plaintiff suffered damages because of Defendants' breach and legal incompetence with Plaintiff's case/

25. Fraud and Misrepresentation

   a. Defendants knowingly misrepresented their intentions and ability to provide competent legal representation.

   b. The Plaintiff relied on these misrepresentations to his detriment.

   c. As a result, Plaintiff has suffered ongoing harm.

## VI. DAMAGES

26. Plaintiff seeks compensatory damages in the amount of $120,000,000 for physical, emotional. and economic injuries caused by Defendants' actions, not to mention illegal imprisonment terms as a result of Defendants' negligence and incompetence.

27. The Plaintiff seeks actual damages from each of the defendants in the amount of $10,000,000 each for the violation of plaintiff rights and a deprivation of human rights and a right to enjoy life in the community, and wrongful conviction.

28. Plaintiff seeks damages from Defendant Destney Rae Austin, and her family or spouse or estates in the amount of $5,000,000.00 for defamation of Character and reduce Plaintiff to peonage and severe damage to his good name not to mention false witness that resulted in false imprisonment and loss of freedom under Prue bald face lies.

29. Plaintiff seeks from all defendants the sum of $1,000,000 for failing to produce the gun or a gun in court to the jury who convicted him on rape among others lies, behind other lies and false evidence.

30. Plaintiff Seeks from each defendant the sum of $8,000,000. For conspiracy to deprive him of his civil and human rights, and false prosecution.

31. The Plaintiff also seeks punitive damages as defined as false misconduct by public officials and agencies.

32. The Plaintiff also seeks exemplary damages due to Defendants' willful misconduct and gross negligence.

## VII.   JURY DEMAND

33.    Plaintiff demands a trial by jury on all issues so triable.

## VIII.   PRAYER FOR RELIEF

WHEREFORE, PEMISES CONSIDERED, Plaintiff respectfully requests that Defendants be citied to appear and answer herein, and that upon final hearing, the Court grant judgment against the Defendants with the following relief:

a) Actual Damages,

b) Consequential and incidental damages,

c) Exemplary damages,

d) Costs of court and attorney fees as allowed by law,

e) Pre- and post-judgment interest as allowed by law,

f) Defendant Dallas Police Department pay to Plaintiff for building a false criminal case against plaintiff and causing plaintiff to serve in prison over (07) seven years of his life without due process, and or being guilty of a violation of the law,

g) Defendant Dallas and other local and state governments pay Plaintiff for every year Plaintiff served in prison due to these illegal actions by Defendants,

h) Leave to amend this complaint as justice requires,

i) Any such other relief, at law or in equity, to which Plaintiff may show himself justly entitled and the Court deems just and proper.

j) August 29, 2025

Respectfully submitted,

*Senrick Wilkerson*
Senrick Wilkerson
Pro Se Plaintiff
8585 N. Stemmons Fwy Suite 410-S
Dallas, Texas 75247
Phone: (214) 716-8640
Email: info@williamsandwilliamlawgroup.com

FROM:
Mr. Senrick Wilkerson
c/o Williams-Pullum Law Group #410-9
8585 N. Stemmons Fwy
Dallas, Texas 75247

TO: Office of the Clerk
United States District Court
Northern District of Texas
1100 Commerce St Rm 1452
Dallas, Texas 75242